# Notice Recipients

District/Off: 0970−2  User: admin  Date Created: 02/19/2019
Case: 2:18−bk−13651−MCW  Form ID: 318  Total: 36

**Recipients of Notice of Electronic Filing:**
tr           MAUREEN GAUGHAN
aty          ERIC R. THIEROFF          ethieroff@oswaltlawgroup.com
aty          SANDRA C. OSWALT          sandra@oswaltlawgroup.com

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           RONALD WATTS          1073 N. 159TH DRIVE          GOODYEAR, AZ 85338
cr           PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
smg          AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
15303382     ADT Corporation          Security Services          1501 Yamato Road          Boca Raton FL 33431
15303383     Advocate Medical Group          21014 Network Place          Chicago IL 60673
15303384     Arizona Department of Revenue          Bankruptcy Unit, 7th Floor          1600 W. Monroe Street          Phoenix AZ 85007
15303385     Bank of America          4909 Savarese Cir          Tampa FL 33634
15303386     CACH, LLC/Resurgent Cap.          6801 S. Cimarron Road, Ste. 424−H          Las Vegas NV 89113
15303387     Capital One Bank USA, N.A.          Corporate Headquarters          1680 Capital One Drive          McLean VA 22102
15303388     Cascade Capital, LLC          1383 N. McDowell Blvd.          Suite 210          Petaluma CA 94954
15303389     ComEd.          P.O. Box 6111          Carol Stream IL 60197
15303390     Cox Communications          Attention: Bankruptcy/Collection Dept.          1550 W. Deer Valley Road          Phoenix AZ 85027
15303391     Credit Management, LP          4200 International Parkway          Carrollton TX 75007−1912
15303392     Ditech Financial, LLC          1100 Virginia Drive Ste. 100A          Fort Washington PA 19034
15303393     ERC          P.O. Box 23870          Jacksonville FL 32241
15303394     Federal Bureau of Investigation          2111 Roosevelt Rd          Chicago IL 60608
15303395     Financial Control Solutions          P.O. Box 668          Germantown WI 53022
15303396     Green Tree Servicing, LLC.          Attn: Bankruptcy Department          P.O. Box 6154          Rapid City SD 57709
15303397     HSBC Bank Nevada, N.A.          1111b Town Center Drive          Las Vegas NV 89134
15303398     I.C.S., Inc.          P.O. Box 1010          Tinley Park IL 60477
15416624     Illinois Depart of Revenue          233 S. Wrecker Drive, Ste. 4030          Chicago, IL 60606
15303399     Internal Revenue Service          Central Insolvency Operations          P.O. Box 7346          Philadelphia PA 19101
15303400     Jefferson Capital Systems, LLC.          16 McLeland Road          Saint Cloud MN 56303
15303401     Online Collections          P.O. Box 1489          Winterville NC 28590
15305269     PRA Receivables Management, LLC          PO Box 41021          Norfolk, VA 23541
15303402     People Gas Light          P.O. Box 19100          Green Bay WI 54307
15303403     Portfolio Recovery Associates, LLC          4330 La Jolla Village Dr., Ste. 310          San Diego CA 92122
15303404     Santander Consumer USA          8585 N. Stemmons Freeway, Ste. 1000          Dallas TX 75247
15303405     TD Bank USA/Target Credit          P.O. 673          Minneapolis MN 55440
15303407     US Department of Education/GSL/ATL          400 Maryland Avenue, SW          Washington DC 20202
15303406     United States District Court          Northern District of Illinois          219 South Dearborn Street          Chicago IL 60604
15303408     Verizon Wireless          P.O. Box 660108          Dallas TX 75266−0108
15303409     World Financial Network Bank          P.O. Box 182124          Columbus OH 43218

                                                                                TOTAL: 33