Fennemore Craig, P.C.
Anthony W. Austin (No. 025351)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: aaustin@fclaw.com

*Attorneys for the Litigation Plaintiffs*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RONALD WATTS,<br><br>Debtor. | Case No. 2:18-BK-13651-MCW<br><br>Chapter: 7<br><br>**JOINT MOTION TO REOPEN BANKRUPTCY CASE FOR ENTRY OF AN AGREED ORDER REGARDING THE DISCHARGEABILITY OF A DEBT** |

Debtor, Ronald Watts ("Watts" or "Debtor")[1], and certain Plaintiffs in actions pending against Watts (the "Litigation Plaintiffs") hereby jointly move this Court for an order reopening the above referenced bankruptcy case pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010 to permit the entry of an agreed order confirming that to the extent Watts is found to be liable in pending or future tort lawsuits, and to the extent that his discharge in this action would otherwise exempt him from liability in the tort cases, that discharge does not impact any obligations that any third parties, such as the City of Chicago, have to indemnify Watts or otherwise satisfy any judgments against him. In support of this motion, the parties state as follows:

1. Watts filed a voluntary bankruptcy petition under Chapter 7 on November 7,

---

[1] Counsel for Watts on November 20, 2019 agreed to the Motion and Proposed order and does not oppose the relief sought herein.

2018.

2. When Watts filed for bankruptcy, he was aware that there were a number civil rights lawsuits pending against him in the Northern District of Illinois related to his alleged tortious conduct as a Chicago Police Officer and Sergeant. Namely, Ben Baker and Clarissa Glenn sued Watts in September 2016, asserting federal and state claims against Watts and other defendants for the harm they inflicted upon them. *See Ben Baker and Clarissa Glenn v. Chicago et al.*, No. 16-cv-8940 (N.D. Ill.). Shortly, thereafter on April 17, 2017, Lionel White, Sr. filed a civil rights Complaint in the United States District Court for the Northern District of Illinois, asserting federal and state claims against Watts and other defendants for the harm they allegedly inflicted upon him. *See Lionel White, Sr. v. Chicago, et al.*, No. 17-cv-2877 (N.D. Ill.). Watts is represented by counsel in both cases, and has participated in the litigation through motion practice and by answering discovery requests. In July 2018, an additional 15 plaintiffs filed Complaints against Watts with similar allegations. *See* **Exhibit 1** (Notice of Related cases filed in *Baker*).

3. Furthermore, at the time he filed for bankruptcy, Watts knew, or reasonably should have known, that it was likely a number of other civil rights lawsuits were going to be filed against him in the near future. Namely, due to the scope and breadth of the misconduct alleged against him (among other defendants), on July 12, 2018, the Northern District of Illinois Executive Committee entered an order which consolidated the aforementioned cases and any additional cases that may be filed with similar claims and the same defendants for pretrial purposes. *See* **Exhibit 2** (Executive Committee Order). Cases subject to the July 12, 2018 Executive Committee Order were assigned Master Docket Case No. 19-cv-01717 with the caption *In re: Watts Coordinated Pretrial Proceedings* and were assigned to the Honorable Judge Andrea Wood and the Honorable Magistrate Judge Sheila M. Finnegan for coordinated pretrial proceeding.

4. When he filed for bankruptcy in November 2018, Watts failed to list or disclose the lawsuits pending against him. *See* Dkt. No. 1 at 38.

5. Because Watts did not disclose the pending lawsuits in his bankruptcy filing, the plaintiffs in those cases did not receive notice of the bankruptcy filing.

6. Watts, received a discharge on February 19, 2019. Dkt. 12.

7. The bankruptcy case was closed on July 3, 2019.

8. Debtor's failure to disclose the pending lawsuits on his bankruptcy documents and his failure to provide notice denied the plaintiffs, who are suing him or will sue him in the future, an opportunity to file a timely proof of claim and a determination of dischargeability of debt as required by 11 U.S.C § 521 and § 523(a)(3).

9. For the sake of clarity, movants do not seek to litigate the dischargeability of the debts as a general matter. Rather, they merely seek to reopen the bankruptcy proceedings for the limited purpose of requesting that the Court enter an agreed order confirming that, to the extent any of the contingent debts to the Plaintiffs were discharged, that discharge does not relieve any third-parties of any responsibility they may have to indemnify Watts or otherwise satisfy any judgments against him or settlements entered into with him in any related pending or future tort claims. A complete list of the known cases currently pending against Watts is attached hereto as **Exhibit 3**.

WHEREFORE, movants respectfully request that the Court enter an order reopening this bankruptcy case.

DATED this 21st day of November, 2019

FENNEMORE CRAIG, P.C.

By: */s/ Anthony W. Austin*
Anthony W. Austin
Attorneys for the Litigation Plaintiffs

COPY of the foregoing
Emailed and/or mailed this
21st day of November, 2019 to:

Sandra C. Oswalt
Eric R. Thieroff
Oswalt Law Group, P.C.
sandra@oswaltlawgroup.com
ethieroff@oswaltlawgroup.com
*Attorneys for Debtor*

Maureen Gaughan
Office of the U.S. Trustee
ustpregion14.px.ecf@usdoj.gov
*U.S. Trustee*

*/s/ Gidget Kelsey*

FENNEMORE CRAIG, P.C.
PHOENIX

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BEN BAKER and CLARISSA GLENN, | ) ) ) | Case No. 16-cv-8940 |
| Plaintiffs | ) ) | |
| | ) | Judge Andrea R. Wood |
| v. | ) ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| CITY OF CHICAGO, *et al.* | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**<u>Plaintiffs' Notice of Related Cases</u>**

Pursuant to the attached executive order entered on July 12, 2018, Plaintiffs wish to apprise the Court of the following cases:

Marcus Gibbs v. City of Chicago, et al., Case No. 18-cv-5119
Leonard Gipson v. City of Chicago, et al., Case No. 18-cv-5120
Allen Jackson v. City of Chicago, et al., Case No. 18-cv-5121
Jamell Sanders v. City of Chicago, et al., Case No. 18-cv-5122
Shaun James v. City of Chicago, et al., Case No. 18-cv-5123
Thomas Jefferson v. City of Chicago, et al., Case No. 18-cv-5124
Frank Saunders v. City of Chicago, et al., Case No. 18-cv-5125
Anthony McDaniels v. City of Chicago, et al., Case No. 18-cv-5126
Andre McNairy v. City of Chicago, et al., Case No. 18-cv-5127
Christopher Scott v. City of Chicago, et al., Case No. 18-cv-5128
Lee Rainey v. City of Chicago, et al., Case No. 18-cv-5129
Taurus Smith v. City of Chicago, et al., Case No. 18-cv-5130
Henry Thomas v. City of Chicago, et al., Case No. 18-cv-5131
Phillip Thomas v. City of Chicago, et al., Case No. 18-cv-5132
Lionel White, Jr. v. City of Chicago, et al., Case No. 18-cv-5133

Plaintiffs' lawsuit seeks redress for constitutional violations committed by former Chicago Police Sergeant Ronald Watts as well as members of his team. The allegations in the cases listed above are similar to allegations made against Defendant Watts and members of his team in this case and in *White v. City of Chicago et al.,* 17 CV 2877. On July 12, 2018, the

Executive Committee of the United States District Court for the Northern District of Illinois ordered that cases with similar claims and the same defendants as those in *Baker* and *White* would be consolidated for discovery and assigned to Judge Wood and Magistrate Judge Finnegan for coordinated pretrial proceedings. *Baker,* Dkt. No. 172; *White*, Dkt. No. 102.; Ex. A. Accordingly, Plaintiffs wish to notify the Court and the parties of the above additional cases.

                                            Respectfully submitted,

                                            /s/Theresa Kleinhaus
                                            One of Plaintiffs' Attorneys

Arthur Loevy
Jon Loevy
Josh Tepfer
Scott Rauscher
Sean Starr
Theresa Kleinhaus
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
312.243.5900

## CERTIFICATE OF SERVICE

     I, Theresa Kleinhaus, an attorney, certify that I served a copy of the foregoing on all counsel of record via the ECF System.

                                            /s/Theresa Kleinhaus

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, for reasons of judicial efficiency, coordinated pretrial proceedings in the cases listed below should be presided over by a single district judge as provided for by IOP 13(e) and that a single magistrate judge should be designated for these cases; and

It further appearing that the Hon. Andrea R. Wood has agreed to preside over these coordinated pretrial proceedings; and

It further appearing that Magistrate Judge Sheila M. Finnegan has agreed to be the designated magistrate judge in these coordinated pretrial proceedings; therefore

It is hereby ordered that Judge Wood shall preside over pretrial proceedings in the cases listed below; and

It is further ordered that Magistrate Judge Finnegan shall be the designated Magistrate Judge in the cases listed below; and

It is further ordered that these cases shall remain pending on the calendar of the judge to whom that it is currently assigned, and that an order be entered in each case by Judge Wood at such time as coordinated pretrial proceedings have concluded; and

It is further ordered than any additional cases that may be filed with similar claims and the same defendants shall be part of these coordinated pretrial proceedings.

| Case | Case Title | Judge |
|---|---|---|
| 16 CV 8940 | Baker v. City of Chicago et al | Wood |
| 17 CV 2877 | White v. City of Chicago et al | Coleman |
| 17 CV 5156 | Powell v. City of Chicago et al | Blakey |
| 17 CV 7241 | Carter v. City of Chicago et al | Gettleman |
| 18 CV 3474 | Forney v. City of Chicago et al | Kendall |
| 18 CV 3477 | Shenault v. City of Chicago et al | Tharp |
| 18 CV 3478 | Shenault Jr. v. City of Chicago et al | Kendall |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 12th day of July, 2018.

# EXHIBIT 3

**LIST OF PLAINTIFFS KNOWN PLAINTIFFS WITH CASES PENDING AGAINST RONALD WATTS**

| Plaintiff Last Name | Plaintiff First Name | Case No.[1] | Court |
|---|---|---|---|
| Allen | Landon | 19cv1082 | U.S. District Court, Northern District of Illinois |
| Almond | George | 19cv1098 | U.S. District Court, Northern District of Illinois |
| Baker | Ben | 16cv8940 | U.S. District Court, Northern District of Illinois |
| Glenn | Clarissa | 16cv8940 | U.S. District Court, Northern District of Illinois |
| Bell | Deandre | 19cv1090 | U.S. District Court, Northern District of Illinois |
| Blair | Harvey | 19cv127 | U.S. District Court, Northern District of Illinois |
| Byrd | Darron | 19cv3316 | U.S. District Court, Northern District of Illinois |
| Carter | William | 17cv07241 | U.S. District Court, Northern District of Illinois |
| Carter | Raynard | 19cv3317 | U.S. District Court, Northern District of Illinois |
| Coleman | Bobby | 19cv1094 | U.S. District Court, Northern District of Illinois |
| Colvin | Craig | 19cv01099 | U.S. District Court, Northern District of Illinois |
| Curtis | Joshua | 19cv128 | U.S. District Court, Northern District of Illinois |
| Delaney | Milton | 19cv01083 | U.S. District Court, Northern District of Illinois |
| Dobbins | Gregory | 19cv03322 | U.S. District Court, Northern District of Illinois |
| Forney | Robert | 18cv03474 | U.S. District Court, Northern District of Illinois |
| Gibbs | Marcus | 18cv5119 | U.S. District Court, Northern District of Illinois |
| Gipson | Leonard | 18cv05120 | U.S. District Court, Northern District of Illinois |
| Glover | Cleon | 19cv01084 | U.S. District Court, Northern District of Illinois |
| Harvey | Sydney | 19cv03324 | U.S. District Court, Northern District of Illinois |
| Henderson | Rickey | 19cv129 | U.S. District Court, Northern District of Illinois |
| Hicks | Kenneth | 19cv1100 | U.S. District Court, Northern District of Illinois |
| Hunt | Brian | 19cv1088 | U.S. District Court, Northern District of Illinois |
| Jackson | Allen | 18cv05121 | U.S. District Court, Northern District of Illinois |
| James | Shaun | 18cv05123 | U.S. District Court, Northern District of Illinois |
| Jefferson | Goleather | 18cv8182 | U.S. District Court, Northern District of Illinois |
| Jefferson | Thomas | 18cv05124 | U.S. District Court, Northern District of Illinois |
| Johnson | Zarice | 19cv3326 | U.S. District Court, Northern District of Illinois |
| Lewis | Derrick | 19cv3320 | U.S. District Court, Northern District of Illinois |
| Lewis | Jamar | 18-L-11132 | Illinois Circuit Court (Cook County) |
| Lockett | Jesse | 19-cv-7232 | U.S. District Court, Northern District of Illinois |
| Lomax | Larry | 19cv01095 | U.S. District Court, Northern District of Illinois |
| Martin | Willie | 19cv01097 | U.S. District Court, Northern District of Illinois |
| McDaniels | Anthony | 18cv5126 | U.S. District Court, Northern District of Illinois |
| McDonald | Octayvia | 19cv01101 | U.S. District Court, Northern District of Illinois |
| McNairy | Andre | 18cv05127 | U.S. District Court, Northern District of Illinois |
| Moore | James | 19cv01092 | U.S. District Court, Northern District of Illinois |
| Ollie | George | 19cv131 | U.S. District Court, Northern District of Illinois |

---

[1] Each case that is pending in the United States District Court for the Northern District of Illinois has been assigned an individual case number, and that number is listed in this chart. Each such case is also included in coordinated pretrial proceedings under Master Docket No. 19-cv-01717.

| | | | |
|---|---|---|---|
| Payne | Cordero | 19cv3325 | U.S. District Court, Northern District of Illinois |
| Pearson | Mister | 19cv01093 | U.S. District Court, Northern District of Illinois |
| Powell | Bruce | 17cv05156 | U.S. District Court, Northern District of Illinois |
| Rainey | Lee | 18cv05129 | U.S. District Court, Northern District of Illinois |
| Sanders | Jamell | 18cv05122 | U.S. District Court, Northern District of Illinois |
| Saunders | Frank | 18cv5125 | U.S. District Court, Northern District of Illinois |
| Scott | Chris | 18cv05128 | U.S. District Court, Northern District of Illinois |
| Shenault Jr. | Angelo | 18cv03478 | U.S. District Court, Northern District of Illinois |
| Shenault Sr. | Angelo | 18cv03477 | U.S. District Court, Northern District of Illinois |
| Smith | Taurus | 18cv05130 | U.S. District Court, Northern District of Illinois |
| Thomas | Nephus | 19cv133 | U.S. District Court, Northern District of Illinois |
| Thomas | Henry | 18cv05131 | U.S. District Court, Northern District of Illinois |
| Thomas | Phillip | 18cv05132 | U.S. District Court, Northern District of Illinois |
| Thompson | Lapon | 19cv01103 | U.S. District Court, Northern District of Illinois |
| Waddy | Alvin | 19-L-010035 | Illinois Circuit Court (Cook County) |
| Warren | Gregory | 19cv01089 | U.S. District Court, Northern District of Illinois |
| Weekly | Isaac | 19cv01104 | U.S. District Court, Northern District of Illinois |
| White Jr. | Lionel | 18cv05133 | U.S. District Court, Northern District of Illinois |
| White Sr. | Lionel | 17cv02877 | U.S. District Court, Northern District of Illinois |
| Wilbourn | Vondell | 19cv01327 | U.S. District Court, Northern District of Illinois |
| Wilbourn | Kim | 19cv03327 | U.S. District Court, Northern District of Illinois |
| Willis | Deon | 19cv01105 | U.S. District Court, Northern District of Illinois |
| Wise | Martez | 19cv01091 | U.S. District Court, Northern District of Illinois |