Fennemore Craig, P.C.
Anthony W. Austin (No. 025351)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: aaustin@fclaw.com

Attorneys for Litigation Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:18-BK-13651-MCW |
| RONALD WATTS, | Chapter: 7 |
| Debtor. | **NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR RELIEF FROM ENTRY OF DISCHARGE AND CONFIRMING APPLICABILITY OF SECTION 524(E)** |
| | **Hearing Date:** **March 24, 2020**<br>**Hearing Time:** **11:00 a.m.**<br>**Location:** **Courtroom 702** |

NOTICE IS HEREBY GIVEN that a hearing on the Litigation Plaintiffs' *Motion for Relief From Entry of Discharge and Confirming Applicability of Section 524(e)* [DE 19] will be held on March 204, 2020 at 11:00 a.m. in Courtroom 702 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

DATED this 2nd day of March, 2020          FENNEMORE CRAIG, P.C.


By: /s/ Anthony W. Austin
    Anthony W. Austin
    Attorneys for Plaintiffs

| | |
|---|---|
| 1 | COPY of the foregoing<br>Emailed and/or mailed this |
| 2 | 2nd day of March, 2020 to: |
| 3 | Sandra C. Oswalt<br>Eric R. Thieroff |
| 4 | Oswalt Law Group, P.C.<br>sandra@oswaltlawgroup.com |
| 5 | ethieroff@oswaltlawgroup.com<br>*Attorneys for Debtor* |
| 6 | |
| 7 | Maureen Gaughan<br>Office of the U.S. Trustee |
| 8 | ustpregion14.px.ecf@usdoj.gov<br>*U.S. Trustee* |
| 9 | Ronald Watts<br>1073 North 159th Drive |
| 10 | Goodyear, Arizona 85338<br>*Debtor* |
| 11 | |
| 12 | Daniel M. Noland<br>Paul A. Michalik |
| 13 | Terrence M. Burns<br>Reiter Burns LLP |
| 14 | dnoland@reiterburns.com<br>pmichalik@reiterburns.com |
| 15 | tburns@reiterburns.com<br>*Attorneys for City of Chicago* |
| 16 | */s/ Gidget Kelsey* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Fennemore Craig, P.C.

Phoenix

Case 2:18-bk-13651-MCW    Doc 24    Filed 03/02/20    Entered 03/02/20 14:38:49    Desc
Main Document    Page 2 of 2

AAUSTIN/15601573.1/051787.0001