Sandra C. Oswalt, Esq. (027283)
Eric R. Thieroff, Esq. (022061)
**OSWALT LAW GROUP, PC**
300 West Clarendon Avenue, Suite 290
Phoenix, AZ 85013
Tel: (602) 773-5711 | Fax: (602) 773-5739
sandra@oswaltlawgroup.com
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RONALD WATTS<br><br>Debtor. | In Proceedings Under Chapter 7<br><br>Case No.: 2:18-bk-13651-MCW<br><br>**NOTICE OF HEARING RE MOTION TO WITHDRAW AS ATTORNEYS FOR DEBTOR**<br><br>**Date: March 24, 2020**<br>**Time: 11:00 AM** |

NOTICE IS HEREBY GIVEN that the court has set a hearing on Debtor's Motion to Withdraw as Attorneys for Debtor to be held on: **March 24, 2020 at 11:00 AM.**

Before the Honorable Madeleine C. Wanslee, **Courtroom 702**, U.S. Bankruptcy Court, District of Arizona**,** 230 North First Ave, Phoenix, Arizona 85003.

RESPECTFULLY SUBMITTED this 2nd day of March, 2020

          **OSWALT LAW GROUP, PC**
          /s/ Eric R. Thieroff (022061)
          Eric R. Thieroff, Esq.
          Attorney for Debtor