SO ORDERED.

Dated: March 24, 2020



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| Ronald Watts, | |
| Debtor. | Case No.: 2:18-bk-13651-MCW |
| | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR THE DEBTOR** |

Upon the Court's consideration of Counsel's Motion to Withdraw as Attorneys for the Debtor (Dkt. 20), and good cause appearing;

IT IS HEREBY ORDERED, that the Motion to Withdraw as Attorneys for the Debtor is hereby granted.

IT IS FURTHER ORDERED that all future pleadings, orders, and communications in this matter are to be served on the Debtor at the following address: 1073 N. 159th Drive, Goodyear, Arizona 85338, telephone number 708-996-7881, and email ron.watts702@gmail.com.

**DATED AND SIGNED ABOVE**